# U.S. DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JEFFREY CLYDE MURRAY,

        plaintiff,

VS.

william Reed, marianne Samper,
maurice armstrong, michael powell,
bill martin, william Hudson,
Stephen H. Marschke, warden mckee, ET. AL.

        Defendants.

FILED (GR)
U.S. District Court Clerk
Ronald C. Weston, Sr.
JUN 17 2002
By ____ Western Michigan

CASE NO. ____
HON. ____

1:02cv 438

# MOTION FOR DEPUTIZED PROCESS SERVER
## TO SERVE DEFENDANTS ET. AL.

Now Comes the plaintiff petitioner Jeffrey ___ and says He is petitioning this Honorable court to provide through Judicial process Serving by Deputized Judicial agent To service and serve the Entitled Defendants ET. AL. in this matter. as plaintiff is unable to find the Defendants. and not able to find the correct way to serve the Defendants due to the Lack of Legal experience, thus making personal service impossible.

BEING FIRST DULY SWORN AS A NOTARY PUBLIC I DID SET MY HAND AND SEAL TO THIS DOCUMENT ON THIS day 4-30-2002

NORMAN S. PEARCE, Notary Public
Kent County, Michigan
"Acting in Ionia County"
My Commission Expires May 12, 2004

_Norman S Pea___
SIGNATURE
NOTARY PUBLIC

MY COMMISSION EXPIRES
May 12, 2004

_Jeffrey Clyde Murray_
SIGNATURE
OF PLAINTIFF

DATED April 30, 2002