# U.S. DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JEFFREY CLYDE MURRAY, Plaintiff,

VS.

Case NO. 1:02cv438
HON. _____

William Reed, Marianne Sampel, Maurice Armstrong, Michael Powell, Bill Martin, William Hudson, Carpenter, Stephen H. Marschke, Warden McKee, ET. AL.
Defendants.

## PROOF OF SERVICE

I certify that on 6-13-2002 I state under penalty of perjury, that I served a complaint, a motion for appointment of counsel, with brief in support, and a motion for deputized process server, with brief in support, and application to wave the filing fee and service costs, and affidavit in support of the application.

DATED 6-13-2002

Jeffrey Clyde Murray
Signature of Plaintiff